TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00712-CR







Thomas Aleshire, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. D-1-DC-06-900220, HONORABLE FRED A. MOORE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Ariel Payan, is ordered to tender a brief in this cause no later than July 16, 2007.

It is ordered June 14, 2007.

 


Before Chief Justice Law, Justices Puryear and Henson

Do Not Publish